36:89 MOTION - TO VACATE, SET ASIDE, OR CORRECT SENTENCE - BY PERSON IN STATE CUSTODY - NORTHERN DISTRICT OF ILLINOIS

DEC 13 2007

SHAUNCEY JACKSON
NAME

R82054
PRISON NO.

LINCOLN Correctional CENTER
PLACE OF CONFINEMENT

**FILED**

DEC 13 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07cv7010
Judge SHADUR
Mag. Judge MASON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

vs.

SHAUNCEY JACKSON

99 CR 261-1
CASE NO.

MOTION PURSUANT TO 28 U.S.C. 2255 TO VACATE, SET ASIDE OR CORRECT SENTENCE

1) NAME AND LOCATION OF COURT WHICH ENTERED THE JUDGEMENT OF CONVICTION:

A) UNITED STATES DISTRICT COURT FOR NORTHERN ILLINOIS
219 S. DEARBORN  CHICAGO, IL 60604

B) CIRCUIT COURT OF COOK COUNTY
2650 S. CALIFORNIA  CHICAGO, IL 60608

PAGE 1

2) DATE JUDGEMENT OF CONVICTION WAS ENTERED:
    A) SEPTEMBER 26, 2007   (FEDERAL)
    B) SEPTEMBER 25, 2007   (STATE)

3) CASE NUMBER:
    A) 99 CR 261-1   (FEDERAL)
    B) 06 CR 1222201   (STATE)

4) LENGTH AND TERMS OF SENTENCE:
    A) 7 MONTHS (FEDERAL SENTENCE)
    B) 2 YEARS (STATE SENTENCE)

5) ARE YOU PRESENTLY SERVING A SENTENCE IMPOSED FOR A CONVICTION OTHER THAN THE CONVICTION IN THIS MOTION? YES

6) NAME OF JUDGE WHO IMPOSED SENTENCE IN THIS MOTION:
    A) JUDGE MILTON SHADUR   (FEDERAL)
    B) JUDGE WILLIAM LACY   (STATE)

7) NATURE OF THE OFFENSE INVOLVED:
    A) VIOLATION OF FEDERAL PROBATION (BANK ROBBERY) (FED. CHARGE)
    B) CRIMINAL DAMAGE TO PROPERTY (STATE CHARGE)

8) WHAT WAS YOUR PLEA?
   A) GUILTY  (FEDERAL)
   B) GUILTY  (STATE)

9) IF YOU ENTERED A PLEA OF GUILTY PURSUANT TO A PLEA BARGAIN, STATE THE TERMS AND CONDITIONS OF the AGREEMENT:
   A) THAT ON SEPT. 26, 2007 JUDGE SHADUR  (FEDERAL JUDGE)
      1. REVOKED FEDERAL PROBATION of CASE NO. 99 CR 261-1
      2. SENTENCED DEFENDANT TO 7 month TERM
      3. STATED AND CONSENTED THAT FEDERAL Violation of Probation CASE NO. 99 CR 261-1 AND STATE SENTENCE SHOULD BE RAN CONCURRENT
   B) THAT ON SEPT. 25, 2007 JUDGE LACY  (STATE JUDGE)
      1. SENTENCED DEFENDANT TO 2 YR. TERM
      2. ORDERED STATE SENTENCE CASE NO. 06 CR 1222201 be ran CONCURRENT WITH FEDERAL CASE (STATE mittimus ENCLOSED)

10) IF You did not appeal, Explain briefly why You did not:
    THERE ARE NO GROUNDS FOR AN APPEAL, NOR Am I disputing the SENTENCE OR TERMS bestowed upon ME:
    1. HOWEVER, I did accept a guilty plea with the Stipulations that both FEDERAL AND STATE CASES  99 CR 261-1
                                                                06 CR 1222201
    BE RAN CONCURRENT. HOWEVER FEDERAL CASE NO. 99 CR 261-1 HAS A DETAINER ON ABOVE STATED DEFENDANT, Which Would SURPASS the 7 month FEDERAL SENTENCE imposed.

PAGE 3

(C) Direct Relief of Ground One:

11) Have you previously filed any type of petition, application, or motion in a federal court regarding the relief you challenge in this petition?

THEREFORE, PETITIONER ASK THAT THE COURT GRANT THE FOLLOWING RELIEF: WHEREIN WE PRAY THAT THE HONORABLE JUDGE SHADUR IN THE UNITED STATES NORTHERN DISTRICT COURT OF ILLINOIS CONSIDER the facts presented herein AND RUN FEDERAL CASE NO. 99 CR 261-1 CONCURRENT WITH STATE CASE NO. 06 CR 1222201 CONCURRENT. THEREFORE SENDING A CORRECTED MITTIMUS CONSIDERING ALL time SERVED from July 25, 2007 TO MARCH 9, 2008 AND Lifting FEDERAL DETAINER by granting this motion.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS PETITION FOR WRIT OF HABEAS CORPUS WAS PLACED IN THE PRISON MAILING SYSTEM ON DECEMBER 7, 2007 (MONTH, DATE, YEAR)

EXECUTED (SIGNED) ON DEC 7, 2007 (DATE)

SUBSCRIBED AND SWORN TO BEFORE ME ON THIS 7 DAY OF December 2007
_Traci adell_
NOTARY PUBLIC

_Shauncey Jackson_
SIGNATURE OF PETITIONER

"OFFICIAL SEAL"
Tracy L. Hill
Notary Public, State of Illinois
My Commission Exp. 04/13/2009

U.S. Department of Justice
United States Marshals Service



# DETAINER
## BASED ON FEDERAL JUDGMENT AND COMMITMENT

United States Marshal
Central District of Illinois
*(District)*

600 E. Monroe St.
Springfield, IL 62701
(217) 492-4430
*(Return Address and Phone)*

*Please type or print neatly:*

TO: Lincoln Correctional Center
P.O. Box 549
Lincoln, IL 62656
Attn: Records Office

DATE: November 20, 2007
SUBJECT: JACKSON, Shauncey
AKA: JACKSON, Shauncey
DOB/SSN: 05/24/1970  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
REF. # R82054
USMS #: 10443-424
CR #: 99 CR 261-1

Please accept this Detainer against the above-named subject who is currently in your custody. The United States District Court for the ___Northern___ District of ___Illinois___ has issued a **Judgment and Commitment Order** against the subject. The attached **Judgment and Commitment Order** commits the subject to the custody of the U.S. Attorney General to serve the following sentence of imprisonment:

> 7 months custody of the U.S. Bureau of Prisons

Prior to the subject's release from your custody, please notify this office at once so that we may assume custody of the subject for service of his Federal sentence of imprisonment. If the subject is transferred from your custody to another detention facility, we request that you forward our Detainer to said facility at the time of transfer and advise this office as soon as possible. The notice and speedy trial requirements of the Interstate Agreement on Detainers Act do NOT apply to this Detainer.

Please acknowledge receipt of this Detainer. In addition, please provide one copy of the Detainer to the subject and return one copy of the Detainer to this office in the enclosed self-addressed envelope.

**RECEIPT**

Date: 11-26-07
Signed: *Shauncey Jackson*
By: *Linda Montcalm*
Title: *Office Assoc.*

Very truly yours,

*Jill Good*
(Signature)

Steven Deatherage
U.S. Marshal

Requested by: Jill Good

*[Handwritten note:]* Northern District said concurrent for Dwight. Central District Federal put hold on.

Form USM-16B
Rev. 04/05

IN THE
U.S. District Court of
Northern District of Illinois

U.S. Of America
Plaintiff,

v.

Shauncey Jackson
Defendant

)
)
) Case No. 99 CR 261-1
)
)
)

## PROOF/CERTIFICATE OF SERVICE

TO: Michael Dobbins office of Clerk
U.S. District Court Northern Illinois
219 S. Dearborn
Chgo, IL 60604

TO: Patrick Fitzgerald U.S. Attorney office
219 S. Dearborn
Chicago, IL 60604

PLEASE TAKE NOTICE that on December 7, 2007, I have placed the documents listed below in the institutional mail at Lincoln Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service:

- Habeas Corpus
- Motion for Ammended Sentencing

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained herein is true and correct to the best of my knowledge.

DATE: Dec. 7, 2007

/s/ Shauncey Jackson
NAME: Shauncey Jackson
IDOC#: D82004
Lincoln Correctional Center
P.O. BOX 549
Lincoln, IL 62657