R 

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

07cv7010
Judge SHADUR
Mag. Judge MASON

**Plaintiff(s):** UNITED STATES OF AMERICA

**Defendant(s):** SHAUNCEY JACKSON

**County of Residence:**

**County of Residence:** LOGAN

**Plaintiff's Address:**
AUSA
United States Attorney's Office
219 South Dearborn, Room 500
Chicago, IL 60604

**Defendant's Attorney:**
Shauncey Jackson
R-82054
Lincoln - LCC
P.O. Box 549
Lincoln, IL 62656

DEC 13 2007
FILED
J.N  DEC 13 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [✓] 2. U.S. Government Defendant
- [ ] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 510 Motion to Vacate

**Cause of Action:** 28:2255

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** A. E. Woodham   **Date:** 12/13/2007

Shadur   99 CR 261
Mason