UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

United States of America
                    Plaintiff,

v.                                        Case No.: 1:07–cv–07010
                                                        Honorable Milton I. Shadur

Shauncey Jackson
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 19, 2007:

      MINUTE entry before Judge Milton I. Shadur :Civil case terminated. Enter Memorandum Order. With sentence having been thus pronounced, the execution of the sentence is within the province of the Bureau of Prisons. Accordingly Jackson's Section 2255 motion is denied.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.