```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
                      EASTERN DIVISION

UNITED STATES OF AMERICA,         )
                                  )
               Plaintiff,         )
                                  )
     v.                           )     No.  07 C 7010
                                  )
SHAUNCEY JACKSON,                 )
                                  )
               Defendant.         )
```

## MEMORANDUM ORDER

Shauncey Jackson ("Jackson") has filed a self-prepared document that she captions "Motion To Vacate, Set Aside or Correct Sentence by Person in State Custody" but, having done so, she then lists below that heading the original case number in this District Court (99 CR 261) accompanied by this legend:

> Motion pursuant to 28 U.S.C. 2255 to vacate, set aside or correct sentence

Those internally inconsistent labels are occasioned by the facts that Jackson is indeed in custody in the Illinois prison system because of a state law criminal offense but that she was also sentenced by this Court on September 26, 2007 to a term of seven months in the custody of the Bureau of Prisons because of her having violated the conditions of supervised release that had been imposed as part of her earlier federal sentence.

Simply put, Jackson does not come within the defined parameters marked out for Section 2255 jurisdiction. This Court imposed that seven-month custodial sentence, which was not coupled with a reinstatement of any further supervised release,

after having held an appropriate hearing. With sentence having been thus pronounced, the execution of the sentence is within the province of the Bureau of Prisons. Accordingly Jackson's Section 2255 motion is denied.[1]

                                                      /s/ Milton I. Shadur
                                            Milton I. Shadur
                                            Senior United States District Judge

Date: December 19, 2007

---

[1] This denial closes this Case No. 07 C 7010, so it is unnecessary to address Jackson's deficiency in having failed to provide enough copies of her motion for service on the United States Attorney's Office (or, for that matter, for this Court's file).