UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 C 7010 |
| v. | ) | |
| | ) | Judge Milton I. Shadur |
| SHAUNCEY JOHNSON | ) | |

## **WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Please take notice that Assistant United States Attorney George Jackson, III is no longer assigned to this case and the undersigned Assistant United States Attorney is substituted in place of that previously designated attorney.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:   s/ Terra L. Brown
TERRA L. BROWN
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-3148

**CERTIFICATE OF SERVICE**

      The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document: WITHDRAWAL AND SUBSTITUTION OF COUNSEL, was served pursuant to the district court's ECF system as to ECF filers on January 10, 2008:

Shauncey Jackson
R-82054
Lincoln - LCC
P.O. Box 549
Lincoln, IL 62656

                                                                    By:    s/ Terra L. Brown
                                                                          TERRA L. BROWN
                                                                          Assistant United States Attorney
                                                                          219 South Dearborn Street
                                                                          Chicago, Illinois 60604
                                                                          (312) 353-3148